

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
~~VATTEXXXXXX~~
ATTORNEY GENERAL

Honorable T. M. Trimble
First Assistant State Superintendent
Austin, Texas

Dear Sir:

Opinion No. 0-3764
Re: Whether scholastic enrollment may
be transferred without consent of
board of trustees of sending dis-
trict.

In your letter of July 14, 1941, you direct our at-
tention to Section 1 of Article 8, House Bill 284, 47th Legisla-
ture, (Equalization Law, 1941-43), reading as follows:

"For the school year 1941-42, upon the
agreement of the Board of Trustees of the dis-
tricts concerned or on petition signed by a
majority of the qualified voters of the district
and subject to the approval of the County Super-
intendent, State Superintendent, and Joint Leg-
islative Advisory Committee, the trustees of a
district which may be unable to maintain a sat-
isfactory school may transfer its entire scholastic
enrollment, or any number of grades thereof, to
a convenient school of higher rank, and in such
event, all of the funds of the district, including
the State Aid to which the district would other-
wise be entitled under the provisions of this
Act, or such proportionate part thereof as may be
necessary shall be used in carrying out said
agreement; provided that no aid shall be allowed
for teachers that are not actually employed in
the contracting schools."

You request our opinion in response to the following
questions:

"Under the provisions of the Equaliza-
tion Law referred to above, may the majority of
the qualified voters of a school district enter
into a contract with another school district to
teach their students, even though the majority
of the Board of Trustees of the school district
to be contracted object to making the transfer?

"If the majority of the qualified voters
of the district have the authority to contract
their school with an adjoining district how may
the funds of the sending district be transferred
to the receiving district over the protest and
without the signature of the Board of Trustees of
the sending district, who have refused to sign
the contract?"

We answer your first question in the negative. Under the quoted terms of the Act, the board of trustees of the sending district is the body which is clothed with authority to make the ultimate transfer, and its action is indispensible. We are sending you a copy of our Opinion No. O-3814 concerning a similar question.

This renders unnecessary an answer to your second question.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Glenn R. Lewis
Glenn R. Lewis
Assistant

GRL:db:wc

APPROVED AUG 7, 1941
s/Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee By s/BG Chairman